UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

### ORDER

Subject to further court orders the Clerk of Court is directed to transfer to Section J all Section B cases relative to the explosion of and subsequent events arising from the offshore catastrophe involving the drilling vessel **DEEPWATER HORIZON** that occurred on **April 20, 2010**.

Subject to further court orders, this transfer order shall also apply to all new cases allotted to Section B that involves or arises from the forgoing catastrophic series of events.

This transfer order is issued after conferring with the transferee judge, per local rules, and finding effective judicial management is best served by having one judge preside over cases that are substantially related to or arise from the noted event(s). (See also, "In re DEEPWATER HORIZON", EDLA #10-1156 and consolidated cases, Section J)

New Orleans, Louisiana, this 29th day of June, 2010.

_____
United States District Judge

JUL 1 6 2010
TRANSFERRED TO
SECT. J   MAG. 1

___Fee_____
___Process_____
_x_Dktd_____
___CtRmDep_____
___Doc. No._____