UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL 2179 |
| "DEEPWATER HORIZON" in the GULF | * | |
| OF MEXICO on APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| | * | |
| C.A. No. 10-1986 | * | MAG. JUDGE SHUSHAN |
| | * | |
| TERRY G. ROBIN, ET AL. | * | |
| VERSUS | * | |
| SEACOR MARINE, L.L.C., ET AL. | * | |
| | * | |

## AMENDED[1] FINAL JUDGMENT

Considering the Court's Order and Reasons of October 12, 2011, entered in MDL 2179 -

*In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010* (Rec.

Doc. 4285 in C.A. 10-md-2179),

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of

defendants, Seacor Marine, L.L.C., Seacor Marine, Inc., Seacor Marine International, Inc., Nautical

Ventures, L.L.C., Island Ventures II, Gulf Offshore Logistics, L.L.C., M/V MONICA ANN, M/V

JOE GRIFFIN, M/V MR. SIDNEY, M/V SEACOR WASHINGTON, M/V SEACOR

VANGUARD, and M/V SEACOR LEE, and against plaintiffs, Terry G. Robin, Carolyn Friere,

Dorothy Molero, Janice Gonzales, Janet Estavez, Ricky Estavez, Anabelle Nunez, Dardinella Long,

---

[1] On the suggestion of counsel, the Court amends the Final Judgment dated November 21, 2011 (Rec. Doc. 4667), by removing "M/V HILDA LAB" and inserting "M/V SEACOR LEE."

David Estavez, Karen Scott, Marie Campo, Larry Frilot, and B.M. Perry II, Ltd., individually and

on behalf of the putative classes identified, dismissing said plaintiffs' claims with prejudice and at

plaintiffs' costs.

New Orleans, Louisiana this 22nd day of November, 2011.

_____

UNITED STATES DISTRICT JUDGE