United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

**FILED**
December 13, 2012

## FOR THE FIFTH CIRCUIT

Lyle W. Cayce
Clerk

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JAN 1 6 2013
LORETTA G. WHYTE
CLERK

No. 11-31172

D.C. Docket No. 2:10-MD-2179
D.C. Docket No. 2:10-CV-1986

IN RE: DEEPWATER HORIZON
-----------------------------------------------------------------
TERRY G. ROBIN, Individually and on behalf of all members of the 3 classes represented by the named plaintiffs including individual/entities which are landowners, individuals/entities which are commercial fisherman, shrimpers, oyster harvesters, etc.; CAROLYN FRIERE; DOROTHY MOLERO; JANICE GONZALES; JANET ESTAVEZ; RICKY ESTAVEZ; ANABELLE NUNEZ; DARDINELLA LONG; KAREN SCOTT; MARIE CAMPO; LARRY FRILOT; B.M. PERRY, II, LIMITED; DAVID ESTAVEZ,

Plaintiffs - Appellants

v.

SEACOR MARINE, L.L.C.; SEACOR MARINE, INCORPORATED; SEACOR MARINE INTERNATIONAL, INCORPORATED; NAUTICAL VENTURES, L.L.C.; ISLAND VENTURES, II; JOE GRIFFIN MV, in rem; MR. SIDNEY MV, in rem; SEACOR WASHINGTON MV, in rem; SEACOR VANGUARD MV, in rem,

Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before HIGGINBOTHAM, CLEMENT, and HAYNES, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on



file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that claimants-appellants pay to petitioner-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: JAN 0 4 2013

A True Copy
Attest  Jan 4 2013

Clerk, U.S. Court of Appeals, Fifth Circuit
By: Misty Lisotta
    (Deputy)

New Orleans, Louisiana